214

676 A.2d 137

IN THE MATTER OF NICHOLAS M. ARMELLINO,
AN ATTORNEY AT LAW.

June 5, 1996.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court recommending that **NICHOLAS M. ARMELLINO** of **WEST NEW YORK,** who was admitted to the bar of this State in 1979, be temporarily suspended from the practice of law pursuant to *Rule* 1:20–3(g) and *Rule* 1:20–11, and respondent having failed to appear on the return date of the Order to Show Cause, and good cause appearing;

It is ORDERED that **NICHOLAS M. ARMELLINO** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **NICHOLAS M. ARMELLINO** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **NICHOLAS M. ARMELLINO** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.

WITNESS, the Honorable Alan B. Handler, Presiding Justice, at Trenton, this 4th day of June, 1996.